# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN D. THAMES

NO. 2021 KW 0953

**OCTOBER 25, 2021**

---

In Re:     Kevin D. Thames, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 10127.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

**JEW**
**MRT**

   **McClendon, J.,** concurs and would deny the writ application on the showing made.  Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict. See La. Code Crim. P. art. 930.2.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
          FOR THE COURT